IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JEREMY JOHNSON and FELICIA
JOHNSON, Individually and as Parents of
the Minor Child, MJ                                                             PLAINTIFFS

v.                          No. 2:20-cv-139-DPM

ROSS SIMS, Individually and in his
official capacity as Principal of the
Lakeside School District                                                         DEFENDANT

## JUDGMENT

The Johnsons' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 June 2021